DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY DESILUS,**
Appellant,

v.

**JAMES KELGARD, et al.,**
Appellees.

No. 4D19-2326

[November 25, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE 15-019582.

Nadia M. Metroka of Metroka Law, PLLC, Fort Lauderdale, for appellant.

Rand Ackerman of Green, Ackerman & Matzner, P.A., Boca Raton, and Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, for appellee James Kelgard.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***